IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00497-WYD

MICHELLE SYKES,

    Movant,

v.

SOCIAL SECURITY ADMINISTRATION OFFICE OF THE INSPECTOR GENERAL

    Respondent.

## ORDER

    THIS MATTER is before the Court on Movant Michelle Sykes' Unopposed Motion to Vacate Hearing [# 10], filed May 11, 2006.  Having reviewed the motion and being otherwise fully advised, it is

    ORDERED that Movant Michelle Sykes'  Unopposed Motion to Vacate Hearing is **GRANTED**.  It is

    FURTHER ORDERED that the hearing on Movant's Motion to Quash Subpoena Duces Tecum set for Thursday, May 11, 2006, at 2:30 p.m. is **VACATED**.  It is

    FURTHER ORDERED that the parties shall file a joint status report by **Tuesday, May 30, 2006**, advising the Court of the status of this matter, including whether the case should be dismissed.

Dated:  May 11, 2006

          BY THE COURT:


          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          U. S. District Judge