IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00497-WYD

MICHELLE SYKES,

    Movant,

v.

SOCIAL SECURITY ADMINISTRATION OFFICE OF THE INSPECTOR GENERAL,

    Respondent.

_____

**ORDER OF DISMISSAL**
_____

The parties filed a Joint Motion to Dismiss [# 12] on May 17, 2006.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that the Joint Motion to Dismiss is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, each party to pay her or its own costs and attorney's fees.

    Dated:  May 18, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge